# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAUL ZUNIGA | § | |
| | § | |
| Petitioner | § | |
| VS. | § | CIVIL NO. 1:14-CV-187 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Before this Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. The time to file objections has passed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that Zuniga's § 2255 Motion (Dkt. No. 1) is **DISMISSED**. A certificate of appealability shall not issue.

SIGNED this 17th day of January, 2018.

Hilda Tagle
Senior United States District Judge